United States Bankruptcy Court
Eastern District of New York

Mendelsohn,
    Plaintiff

Adv. Proc. No. 21-08087-reg

Lawrence Scott Events, Ltd.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 1
Date Rcvd: Jul 08, 2021      Form ID: pdf000      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.li.ecf@usdoj.gov | Jul 08 2021 18:14:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bennett D Krasner | on behalf of Defendant Lawrence Scott Events Ltd. bkrasner@bdklaw.net |
| Fred S Kantrow | on behalf of Plaintiff Allan B Mendelsohn fkantrow@thekantrowlawgroup.com hkantrow@thekantrowlawgroup.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    ROBERT DIAMOND,                                     Chapter 7
    a/k/a ROB DIAMOND,                            Case No.: 20-71878-reg

                                    Debtor.
------------------------------------------------------------X
ALLAN B. MENDELSOHN as Trustee of the
Estate of Robert Diamond, a/k/a Rob Diamond,

                    Plaintiff,                        Adv. Pro. No. 21-8087-reg

    -against-

LAWRENCE SCOTT EVENTS, LTD.,

                    Defendant.
------------------------------------------------------------X

## INITIAL PRETRIAL SCHEDULING ORDER

        Counsel to Allan B. Mendelsohn as Trustee of the Estate of Robert Diamond a/k/a Rob Diamond, in the above captioned adversary proceeding and counsel to Lawrence Scott Events, Ltd., defendants in the above captioned adversary proceeding having agreed with regard to the dates and deadlines listed below; and after due deliberation, it is hereby

        **ORDERED** that the parties shall exchange all disclosures required by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by not later than August 31, 2021; and it is further

        **ORDERED** that the parties shall serve their respective discovery requests, if any, pursuant to Bankruptcy Rules 7030, 7033, 7034, 7036 and/or any other section of Part VII of the Bankruptcy Rules on or before July 30, 2021 and responses thereto shall be served by the respective parties on or before August 30, 2021; and it is further

**ORDERED** that all fact discovery shall be completed by September 30, 2021, subject to extension by the Court; and it is further

**ORDERED** that all expert discovery shall be completed by no later than thirty (30) days after the complete of fact discovery; and it is further

**ORDERED** that any dispositive motions and/or motions to amend the pleadings or join other parties shall be filed by not later than thirty (30) days after the conclusion of all discovery; and it is further

**ORDERED** that a final pre-trial conference will be held on December 1, 2021 at 9:30 a.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.  In the event that a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing.  At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling, among other things, the deadline for filing a joint pretrial memorandum and scheduling a trial date; and it is further

**ORDERED** that any failure by either party to comply with the dates and deadlines established by this Initial Pretrial Scheduling Order may result in sanction against the non-complying party including, but not limited to, the entry of judgment against the non-complying party.

**Dated: Central Islip, New York**
**July 8, 2021**

**Robert E. Grossman**
**United States Bankruptcy Judge**